# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

LISA PRIVETTE,

    Plaintiff,

v.

GENTIVA HEALTH SERVICES, INC.,

    Defendant.

CA No. 1:15-cv-00922-WBH

## JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., Plaintiff Lisa Privette and Defendant Gentiva Health Services, Inc., by and through their respective counsel, hereby jointly stipulate to the dismissal with prejudice of all of Plaintiff Privette's claims and causes of action in the above-styled case, in their entirety. Each party will bear her or its own attorneys' fees and costs.

Respectfully submitted on November 24, 2015.

*/s/ Gilda Adriana Hernandez*
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
Gilda A. Hernandez, NCSB #36812
315 S. Salem St., Suite 310
Apex, NC 27502
Phone: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Christine E. Webber
1100 New York Avenue, N.W. Suite 500, West Tower Washington, DC 20005
(202) 408-4600
cwebber@cohenmilstein.com

**BARRETT & FARAHANY, LLP**
Amanda A. Farahany,
GA Bar No. 646135
1100 Peachtree Street, NE,
Suite 500
Atlanta, GA 30309
404-214-0120
amanda@bf-llp.com

*Attorneys for Plaintiff*

*/s/ Angelo Spinola*
Angelo Spinola
Georgia Bar No. 672191
aspinola@littler.com

Anne M. Mellen
Georgia Bar No. 558694
amellen@littler.com

Tracey T. Barbaree
Georgia Bar No. 036792
tbarbaree@littler.com
**LITTLER MENDELSON**
3344 Peachtree Road N.E., Suite 1500
Atlanta, GA  30326.4803
Tel: 404.233.0330
Fax: 404.233.2361

*Attorneys for Defendant*

**Font Certification**

The undersigned hereby certifies that this pleading complies with the font requirements of LR 5.1B because the document has been prepared in Times New Roman, 14 point.

## Certificate of Service

I hereby certify that on November 24, 2015, I caused the foregoing *JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE OF PLAINTIFF PRIVETTE* to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those registered as CM/ECF participants, including Defendant's Counsel of Record as follows:

Angelo Spinola
Littler Mendelson, PC
3344 Peachtree Rd., N.E.
Suite 1500
Atlanta, GA 30326-4803
(404) 760-3973
aspinola@littler.com

Tracey Barbaree
Littler Mendelson, PC
3344 Peachtree Rd., N.E.
Suite 1500
Atlanta, GA 30326-4803
(404) 760-3973
tbarbaree@littler.com

Anne Marsha Mellen
Littler Mendelson, P.C.
3344 Peachtree Rd., N.E.
Suite 1500
Atlanta, GA 30326-4803
(404) 760-3973
amellen@littler.com

*/s/ Gilda A. Hernandez*
Gilda A. Hernandez